**Order entered April 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01416-CR

**ALEXANDER ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-58374-H**

## ORDER

We **GRANT** Official Court Reporter Vicki Tuck's April 1, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE